UNITED STATES of America, Plaintiff–Appellee,

v.

Warren Rosslyn NEWELL, Defendant–Appellant.

No. 14–7461.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2015.

Decided: Jan. 21, 2015.

Warren Rosslyn Newell, Appellant Pro Se. Thomas Richard Ascik, Richard Lee Edwards, Amy Elizabeth Ray, Assistant United States Attorneys, Asheville, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Rosslyn Newell appeals the district court's order denying without prejudice his motion to recover personal property. *See* Fed.R. Crim.P. 41(g). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Newell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*